**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| EDDIE RICHARDSON,<br>Plaintiff,<br>v.<br>CENTURION HEALTH OF INDIANA, LCC,<br>SARAH SNOWDEN,<br>ABIGAIL BILLINGS,<br>ROBERT J. DUPREY<br>Defendants. | Case No. 2:25-cv-00571-MPB-MKK |

**RULE 7.1 DISCLOSURE STATEMENT**

Defendant Centurion Health of Indiana, LLC discloses:

1. **All parent corporations of the Defendant, CENTURION HEALTH OF INDIANA, LLC:**

All parent corporations of the Defendant, Centurion Health of Indiana, LLC: Centurion Health of Indiana, LLC is a wholly owned subsidiary of Centurion, LLC, which is a wholly owned subsidiary of MHM Services, Inc., which is a wholly owned subsidiary of Centurion Equity, Inc., which is privately owned.

2. **There is no publicly traded company that owns 10% or more of the stock of Centurion Equity, Inc.**

Respectfully submitted,

Date: July 31, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Taylor L. Rasey* ____________________
Taylor L. Rasey (36072-64)
Ami T. Anderson (27609-45)
2211 Main Street, Suite 3-2A
Highland, Indiana 46322
T: 219.440.0600 | F:219.440.0601
taylor.rasey@lewisbrisbois.com
ami.anderson@lewisbrisbois.com
*Attorneys for Defendants, Centurion Health of Indiana, LLC, Sarah Snowden, Abigail Billings, and Robert Duprey*

## CERTIFICATE OF SERVICE

I certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that on July 31, 2026, I mailed, by United States Postal Service, first-class postage prepaid, the document to the following non-CM/ECF participants:

EDDIE RICHARDSON
194145
LEGAL MAIL
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 US-40 E.
Greencastle, IN 46135

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Taylor L. Rasey* ____________________